1  **GREGORY T. MURPHY**
California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Benjamin Hernandez-Mora

6
7
8                          UNITED STATES DISTRICT COURT
9                         SOUTHERN DISTRICT OF CALIFORNIA
10                           **(HONORABLE DANA M. SABRAW)**

11  UNITED STATES OF AMERICA,            )   Case No. 07CR3473-DMS
                                         )
12              Plaintiff,               )
                                         )
13  v.                                   )   **CERTIFICATE OF SERVICE**
                                         )
14  BENJAMIN HERNANDEZ-MORA,             )
                                         )
15              Defendant.               )
    _____)
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                                   Nicole A. Jones
           Nicole.Jones@usdoj.gov,leticia.granada@usdoj.gov,efile.dkt.gc1@usdoj.gov
20

21                                          Respectfully submitted,

22

23  DATED:      January 11, 2008           /s/ Gregory T. Murphy
                                           **GREGORY T. MURPHY**
24                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Benjamin Hernandez-Mora
25
26
27
28