KAREN P. HEWITT
United States Attorney
NICOLE A. JONES
Assistant U.S. Attorney
California State Bar No. 231929
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5482
nicole.jones@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3473-DMS |
| ) | |
| Plaintiff, ) | UNITED STATES' MOTION TO |
| ) | DISMISS INDICTMENT |
| v. ) | WITHOUT PREJUDICE |
| ) | |
| BENJAMIN HERNANDEZ-MORA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney and Nicole A. Jones, Assistant United States Attorney, and hereby moves to dismiss without prejudice the indictment against defendant Benjamin Hernandez-Mora.

DATED: February 11, 2008.

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney


                                          */s Nicole A. Jones*
                                          NICOLE A. JONES
                                          Assistant U.S. Attorney

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,        )        Case No. 07CR3473-DMS
                                 )
            Plaintiff,            )
                                 )
      v.                          )
                                 )        CERTIFICATE OF SERVICE
BENJAMIN HERNANDEZ-MORA,          )
                                 )
            Defendant.            )
_____)

IT IS HEREBY CERTIFIED THAT:

   I, Nicole A. Jones, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of United States' **Motion to Dismiss Indictment Without Prejudice** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   Greg Murphy, Federal Defenders

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on February 11, 2008.

                              /s Nicole A. Jones
                              NICOLE A. JONES
                              E-mail: nicole.jones@usdoj.gov

2