UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BENJAMIN HERNANDEZ-MORA,

Defendant.

CASE NO. 07CR3473-DMS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 11, 2008

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

I have executed within R-Dismss Judgement and Commitment on 2/11/08 OF DISMISSAL
United States Marshal
By: ___
USMS Criminal Section

ENTERED ON _____